No. 22-3291

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

*UNITED STATES OF AMERICA*,
**Plaintiff-Appellee,**

*v.*

*EMANUEL DAMERON*,
**Defendant-Appellant.**

## STATUS REPORT

Counsel, Syed Hussain respectfully files this status report on behalf of Defendant-Appellant, Emanuel Dameron:

1. Counsel has complied with the provisions of Fed. R. App. 10(b) regarding the preparation of trial transcripts.

2. Counsel has attached a copy of the signed Transcript Information Sheet.

3. The Court Reporter expects the trial transcripts to be ready by February 10, 2023.

4. Counsel is awaiting a decision regarding Counsel's Motion to Withdraw.

|  |  |
|---|---|
|  | Appellant Defendant Emanuel Dameron's counsel, |
|  | Syed Hussain |
|  | Haseeb Legal LLC |
| by: | /s/ Syed Hussain |
|  | Syed Hussain, Esq. |
|  | 420 EWaterside Dr #3004 |
|  | Chicago, IL 60601 |
|  | sh@haseeblegal.com |